Albert I. Telsey, Esq.
*N.J. Attorney ID # 16961982*
Catherine Pastrikos Kelly, Esq.
*N.J. Attorney ID # 179042016*
**MEYNER AND LANDIS LLP**
One Gateway Center, Suite 2500
Newark, New Jersey 07102
P:   973-624-3439
F:   973-624-0356
*Attorneys for Plaintiff*
*Carneys Point Township*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARNEYS POINT TOWNSHIP,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHEMOURS COMPANY and THE CHEMOURS COMPANY FC, LLC,<br><br>Defendants. | Civil Action No. 1:17-cv-01025-NLH-JS<br><br>**STIPULATION OF DISMISSAL**<br>**<u>WITH PREJUDICE</u>** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Carneys Point Township and Defendants The Chemours Company and The Chemours Company FC, LLC, by and through their undersigned attorneys, stipulate to dismissal with prejudice of this action, including all claims and counterclaims, with each party paying its own attorney's fees, costs and expenses.

Dated: January 8, 2017

Respectfully submitted,

MEYNER AND LANDIS LLP
BY: */s/Albert I. Telsey*
Albert I. Telsey (*016961985*)
Catherine Pastrikos Kelly (*179042016*)
atelsey@meyner.com
ckelly@meyner.com
One Gateway Center
Suite 2500
Newark, New Jersey 07102
P: 973.602.3439
F: 973-624-0356
*Attorneys for Plaintiff*
*Carneys Point Township*


NORRIS MCLAUGHLIN & MARCUS, P.A.

BY: _____
Martha N. Donovan, Esq. (021761985)
mndonovan@nmmlaw.com
400 Crossing Blvd
8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807
P: 908-252-4240
F: 908-722-0755
*Attorneys for Defendants*
*The Chemours Company and*
*The Chemours Company FC, LLC*